UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DONALD S. PIERCE, et al.,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. C05-440C

TAXATION OF COSTS

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFFS , and on behalf of DEFENDANT UNITED STATES OF AMERICA in the amount of $3,736.38 as follows:

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| I.  WITNESS FEE | $40.00 | 0 | $40.00 |
| II. DEPOSITION COSTS | $3,369.18 | 0 | $3,369.18 |

Clerk allowed costs for depositions used by either party in lieu of live testimony or to impeach. All depositions for which costs were requested were used.

TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| III.  COPY COSTS | $327.20 | 0 | $327.20 |

Dated this <u>    25th    </u> day of JUNE, 2007 .

*[signature]*

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2